NO. 29334

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

EDWARD DEAN, Petitioner/Defendant-Appellant.

LAW LIBRARY

FILED 2010 JUN 15 AM 8:36

JEAN R. KIKUMOTO
CLERK APPELLATE COURTS
STATE OF HAWAII

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 99-0-0602(1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, J., for the court[1])

Petitioner/Defendant-Appellant Edward Dean's application for writ of certiorari filed on May 3, 2010, is hereby rejected.

DATED:  Honolulu, Hawai‘i, June 15, 2010.

FOR THE COURT:

*Mark E. Recktenwald*

Associate Justice

Phyllis J. Hironaka,
Deputy Public Defender,
on the application for
petitioner/defendant-
appellant.

---

[1] Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.